Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 05−20834−rb**

**In re:**
Laura L. Stansbury
**Aka** − Laura Hatch
3422 West 60th Street
Cleveland, OH 44102

**Social Security No.:**
xxx−xx−4558

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Mary Ann Rabin is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. section 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** November 7, 2005
Form ohnb136

/s/ Randolph Baxter
United States Bankruptcy Judge